IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARCHIE L BENTZ, JR.,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-441-wmc

      This action came for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Archie L Bentz, Jr. remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 8/25/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |